738 A.2d 452

**In re APPOINTMENT OF Deputy Constable Rock D'EMILIO, West Pottsgrove Township.**

**Appeal of Constable Larry Poncheri.**

Supreme Court of Pennsylvania.

Sept. 29, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 29th day of September, 1999, the order of the Court of Common Pleas of Montgomery County is affirmed.